UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No.: 7:15-CR-46-9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER GRANTING DEFENDANT'S MOTION TO AMEND/CORRECT HIS LAST NAME TO "MAINQUIST" |
| vs. | |
| MICHAEL MAINQUIST | |

FOR GOOD CAUSE SHOWN, the Court grants Defendant's 6 July 2015 oral motion to amend/correct all pleadings in the court file to reflect that the Defendant's last name is "Mainquist."

SO ORDERED this 7th day of July, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge