UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Mainquist**                                                        **Docket No. 7:15-CR-46-9H**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Mainquist, who, upon an earlier plea of guilty to Conspiracy to Knowingly and Intentionally Distribute and Possess with the Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 8, 2016, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Mainquist was released from custody on September 29, 2017, at which time the term of supervised release commenced.

On November 9, 2017 a Violation Report was submitted to the court reporting that the defendant tested positive for buprenorphine (Suboxone). As the defendant was actively engaged in mental health treatment and was placed in the Surprise Urinalysis Program at the highest level, supervision was permitted to continue

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the filing of the above mentioned violation report, Mainquist has struggled to maintain sobriety, testing positive for buprenorphine again on November 6, 2017, and morphine on November 16, 2017. These tests were both confirmed as positive by Alere Laboratories and Mainquist admits to using these substances without a valid prescription. On November 25, 2017, Mainquist was self-admitted to Port Health Services Detox Facility in Washington, NC. He remained in the program until December 1, 2017, and has been enrolled in the intensive outpatient substance abuse treatment program at Port Health Services in Jacksonville, North Carolina. As a sanction for the violation conduct, it is respectfully recommended that the conditions of supervised release be modified to include placement on a curfew for a period of 60 days, to include radio frequency monitoring. Mainquist understands that continued use of controlled substances will result in the filing of revocation proceedings.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Mainquist
Docket No. 7:15-CR-46-9H
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: December 15, 2017 |

### ORDER OF THE COURT

Considered and ordered this 18th day of December 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge